In the Matter of JULIA BB. and Others, Children Alleged to be Severely Abused, Repeatedly Abused, Abused and/or Neglected. SARATOGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant; DIANA BB., Respondent. (Proceeding No. 1.)

In the Matter of JULIA BB. and Others, Children Alleged to be Severely Abused, Repeatedly Abused, Abused and/or Neglected. SARATOGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant; FRANCIS BB., Respondent. (Proceeding No. 2.)

Submitted December 7, 2007; decided January 8, 2008

Reported below, 42 AD3d 208.

Motion by the Albany County Department for Children, Youth and Families et al. for leave to file an affirmation amici curiae on the motion for leave to appeal herein dismissed as untimely

(*see* Rules of Ct of Appeals [22 NYCRR] § 500.23 [a] [3]).

SOLOMON MESHOLAM, Respondent, v ISABELLE HELENE MESHOLAM, Appellant.

Submitted October 15, 2007; decided January 8, 2008

Reported below, 25 AD3d 670.

Motion for leave to appeal dismissed upon the ground that it has been superceded by a subsequent motion for leave to appeal made by this appellant.